**Opinion issued February 25, 2020**



In The

# Court of Appeals

For The

# First District of Texas

_____

### NO. 01-20-00133-CV
### NO. 01-20-00134-CV
### NO. 01-20-00135-CV

_____

**IN RE 829 YALE, LLC, TERRY FISHER, KAVAC HOLDINGS, KAVAC HOLDINGS, LLC, ALAN J. FISHER, ASSURANCE HOME WARRANTY, LLC, JETALL COMPANIES, INC., STEPHANIE ALVAREZ, SHAHNAZW CHOUDHRI, ALI CHOUDHRI AND BRAD PARKER, Relators**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

### MEMORANDUM OPINION

Relators, 829 Yale, LLC, Terry Fisher, Kavac Holdings, Kavac Holdings, LLC, Alan J. Fisher, Assurance Home Warranty, LLC, Jetall Companies, Inc., Stephanie Alvarez, Shahnazw Choudhri, Ali Choudhri and Brad Parker, have filed

a petition for writ of mandamus, seeking to have this Court order the trial court to vacate an order granting a motion to recuse and to disqualify.[1]

We **deny** relators petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Kelly and Goodman.

---

[1] The underlying case is *Steadfast Funding, LLC, et al. v. 2017 Yale Development, LLC, et al.*, cause numbers 2019-23950, 2019-51432 & 2019-59191, pending in the 125th District Court of Harris County, Texas, the Honorable Kyle Carter presiding.